SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0218 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | |
| ERNESTO OSEGUERA-OCHOA, | |
| a/k/a Jose Alberto Andino-Ochoa, | |
| Defendant. | |

    With the agreement of the defendant in open court on April 30, 2007, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 30, 2007 to May 4, 2007. The Court finds and holds as follows:

    1.    The defendant Ernesto Oseguera-Ochoa, a/k/a Jose Alberto Andino-Ochoa, made his initial appearance before the Court on April 30, 2007. The Court arraigned the defendant on the Indictment, and the defendant entered a plea of not guilty. AFPD Steve Koeninger was appointed to represent the defendant. The United States moved for detention pending trial. Counsel for the defendant requested that the Court place the matter on calendar for Friday, May 4, 2007, at 9:30 a.m. for a detention hearing.

    2.    In light of the government's motion for detention, and the parties need to prepare

1 for that hearing, the Court finds that, taking into the account the public interest in the prompt
2 disposition of criminal cases, the ends of justice served by excluding the period from April 30,
3 2007 to May 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial.
4 18 U.S.C. § 3161(h)(8)(A).  The Court further finds that time is automatically excluded under the
5 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) because of the government's pending
6 motion.

7         3.     Accordingly, and with the consent of the defendant, IT IS HEREBY ORDERED
8 that the period from April 30, 2007 to May 4, 2007 be excluded from Speedy Trial Act
9 calculations under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

11 IT IS SO ORDERED.

13 DATED:__5/2/07_____



IT IS SO ORDERED
Judge Edward M. Chen