SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR  07-218 JSW |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | EXCLUDING TIME |
|   v. | ) | |
| | ) | |
| ERNESTO OSEGUERA-OCHOA aka | ) | |
|     JOSE ANDINO-OCHOA, | ) | |
| | ) | |
|     Defendant. | ) | |

     On May 24, 2007, the parties in this case appeared before the Court and stipulated that

time should be excluded from the Speedy Trial Act calculations from May 24, 2007 to June 21,

2007 for effective preparation of counsel, in that defense counsel has recently been appointed and

requires time to review discovery.  The parties represented that granting the continuance was

necessary for effective preparation of counsel, taking into account the exercise of due diligence.

See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

1

SCOTT N. SCHOOLS
United States Attorney

2

3   DATED: May 29, 2007                    _____/s/_____
                                            DENISE MARIE BARTON
4                                           Assistant United States Attorney

5

6   DATED: May 29, 2007                    _____/s/_____
                                            RONALD C.  TYLER
7                                           Attorney for ERNESTO OSEGUERA-
                                            OCHOA
8

9

10      As the Court found on May 24, 2007, and for the reasons stated above, the Court finds good

11  cause, taking into account the public interest in prompt disposition of criminal cases that time

12  should be excluded from the Speedy Trial Act calculations from May 24, 2007 to June 21, 2007

13  for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the

14  requested continuance would deny counsel reasonable time necessary for effective preparation,

15  taking into account the exercise of due diligence, and would result in a miscarriage of justice.

16  See 18 U.S.C. §3161(h)(8)(B)(iv).

17

18  SO ORDERED.

19
    DATED:_May 30, 2007_____         _____Jeffrey S White_____
20                                     Jeffrey S. White
                                       United States District Court Judge
21

22

23

24

25

26

27

28