SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ERNESTO OSEGUERA-OCHOA aka<br>    JOSE ANDINO-OCHOA,<br>    Defendant. | CR 07-218 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On May 4, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 4, 2007 to May 24, 2007 for effective preparation of counsel, in that defense counsel requires time to review discovery. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0218 JSW    1

```
                                          SCOTT N. SCHOOLS
                                          United States Attorney

DATED: July 30, 2007                      ____/s/_____
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney


DATED: July 30, 2007                      ____/s/_____
                                          RONALD C. TYLER
                                          Attorney for ERNESTO OSEGUERA-
                                          OCHOA
```

   As the Court found on May 4, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases that time should be excluded from the Speedy Trial Act calculations from May 4, 2007 to May 24, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.


DATED: July 31, 2007                      _____
                                          Elizabeth D. Laporte
                                          IT IS SO ORDERED
                                          Judge Elizabeth D. Laporte

Stipulation and [Proposed] Order Excluding Time - CR 07-0218 JSW                    2