SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-218 JSW |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. ) | |
| ERNESTO OSEGUERA-OCHOA aka ) JOSE ANDINO-OCHOA, ) | |
|     Defendant. ) | |

     On August 23, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from August 23, 2007 through September 13, 2007 for effective preparation of counsel. The parties represented that granting the continuance was necessary for effective preparation of counsel because the parties need to continue discussions with the United States Probation Department to correct the pre-plea report,

//
//
//
//

Stipulation and [~~Proposed~~] Order Excluding Time - CR 07-0218 JSW     1

1 | taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3 | SO STIPULATED:

4 |                                         SCOTT N. SCHOOLS
                                        United States Attorney

6 | DATED: October 26, 2007                    _____/s/_____
                                        DENISE MARIE BARTON
                                          Assistant United States Attorney

9 | DATED: October 26, 2007                    _____/s/_____
                                          RONALD C.  TYLER
                                          Attorney for ERNESTO OSEGUERA-OCHOA

13 |      As the Court found on August 23, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases that time should be excluded from the Speedy Trial Act calculations from August 23, 2007 through September 13, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A)(iv). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

20 | SO ORDERED.

22 | DATED: November 6, 2007                _____
                                          Honorable Jeffrey S. White
                                          United States District Court Judge