SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-218 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | (Docket No. 31) |
| ERNESTO OSEGUERA-OCHOA aka JOSE ANDINO-OCHOA, | |
| Defendant. | |

    On September 20, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from September 20, 2007 through October 25, 2007, 2007 for effective preparation of counsel.  Th parties represented that the time was properly excluded, taking into account the exercise of due diligence, given the

//

//

//

//

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0218 JSW      1

requested appointment of advisory counsel and need for advisory counsel to review the pre-plea report.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                SCOTT N. SCHOOLS
                United States Attorney

DATED: October 26, 2007                _____/s/_____
                DENISE MARIE BARTON
                Assistant United States Attorney

DATED: October 26, 2007                _____/s/_____
                RONALD C. TYLER
                Attorney for ERNESTO OSEGUERA-OCHOA

As the Court found on September 20, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases that time should be excluded from the Speedy Trial Act calculations from September 20, 2007 through October 25, 2007, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A)(iv).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: November 6, 2007                _____/s/ Jeffrey S. White_____
                Honorable Jeffrey S. White
                United States District Court Judge